UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERAY SMITH,

      Petitioner,                                      Civil Action No. 09-CV-14876

vs.                                                HON. BERNARD A. FRIEDMAN

KENNETH MCKEE

      Respondent.
_____/

## ORDER TRANSFERRING PETITIONER'S RULE 60(b)(2) MOTION
## TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

This matter is presently before the Court on petitioner's "motion for relief from judgment pursuant to Rule 60(B)(2) newly discovered evidence . . ." [docket entry 58]. The Court dismissed petitioner's application for the writ in an opinion and order dated May 11, 2012 [docket entry 35] because the application was untimely. Petitioner appealed, but the court of appeals denied his application for a certificate of appealability and his motion to proceed on appeal in forma pauperis. In the interim petitioner had filed a motion for relief from judgment [docket entry 39], as well as various other motions, which the Court recently denied [docket entry 55]. Petitioner has appealed from that order [docket entry 56], and he now has filed the instant motion for relief from judgment [docket entry 58]. The instant motion, in which petitioner again challenges his state conviction and seeks release from prison, appears to be a second or successive habeas petition, and it may not proceed without authorization from the court of appeals. *See* 28 U.S.C. § 2244(b)(3)(A). Accordingly,

IT IS ORDERED that petitioner's motion for relief from judgment [docket entry 58] is hereby transferred to the United States Court of Appeals for the Sixth Circuit pursuant to *In re Sims*, 111 F.3d 45, 47 (6th Cir.1997).

Dated: May 24, 2013
       Detroit, Michigan

                                        _s/ Bernard A. Friedman_____
                                        BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE