UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERAY SMITH,

       Petitioner,                                  Civil Action No. 09-CV-14876

vs.                                       HON. BERNARD A. FRIEDMAN

KENNETH MCKEE

       Respondent.
_____/

**ORDER TRANSFERRING PETITIONER'S RULE 60(b)(2) MOTION
TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

        This matter is presently before the Court on petitioner's "motion for relief from judgment pursuant to Rule 60(B)(2) newly discovered evidence . . ." [docket entry 58].  The Court dismissed petitioner's application for the writ in an opinion and order dated May 11, 2012 [docket entry 35] because the application was untimely.  Petitioner appealed, but the court of appeals denied his application for a certificate of appealability and his motion to proceed on appeal in forma pauperis.  In the interim petitioner had filed a motion for relief from judgment [docket entry 39], as well as various other motions, which the Court recently denied [docket entry 55].  Petitioner has appealed from that order [docket entry 56], and he now has filed the instant motion for relief from judgment [docket entry 58].  The instant motion, in which petitioner again challenges his state conviction and seeks release from prison, appears to be a second or successive habeas petition, and it may not proceed without authorization from the court of appeals.  *See* 28 U.S.C. § 2244(b)(3)(A).  Accordingly,

        IT IS ORDERED that petitioner's motion for relief from judgment [docket entry 58] is hereby transferred to the United States Court of Appeals for the Sixth Circuit pursuant to *In re Sims*, 111 F.3d 45, 47 (6th Cir.1997).

                               _s/ Bernard A. Friedman_____
Dated:  May 24, 2013              BERNARD A. FRIEDMAN
       Detroit, Michigan            SENIOR UNITED STATES DISTRICT JUDGE